# EXHIBIT 4

**DOWNING'S FREEDOM SERIES COMPLETION SYSTEM WITH FRAC VALVE AND CLAIMS 1 AND 11 OF U.S. PATENT NO. 11,274,520 ("'520 PATENT")**

| CLAIM No. | CLAIM LANGUAGE OF THE '520 PATENT | DOWNING'S FREEDOM SERIES COMPLETION SYSTEM WITH FRAC VALVE ("ACCUSED INSTRUMENTALITIES") |
|---|---|---|
| 1. | A valve assembly that comprises: | Downing's Freedom Series (FS) Completion System includes frac valves, which are valve assemblies:<br><br>• The following annotated image from a LinkedIn post shows two frac valves connected to a wellhead at a Downing frac site.<br><br><br><br>*See* https://www.linkedin.com/company/downingusa/posts/.<br><br>To the extent that any claim limitation is found to be not present literally, the claim limitation is present under the doctrine of equivalents because the differences between the |

| | | |
|---|---|---|
| | | claimed invention and Downing's Accused Instrumentalities, if any, are insubstantial and the Accused Instrumentalities perform the same function in the same way to achieve the same result as the claim limitations. |
| | (i) a valve body for housing a valve that is configured to move between an open position, a closed position and therebetween for controlling a fluid flow therepast, | Each frac valve has a valve body for housing a valve that is configured to move between an open position, a closed position, and therebetween for controlling a fluid flow therepast.<br><br>• The following annotated image shows the valve bodies of two frac valves, each valve body for housing the valve.  The image also shows the direction of flow that the frac valves control.  To control the flow to the wellhead, each frac valve is configured to move between an open position, a closed position, and therebetween.  The image is from a LinkedIn post.<br><br><br><br>*See* https://www.linkedin.com/company/downingusa/posts/. |

| | | To the extent that any claim limitation is found to be not present literally, the claim limitation is present under the doctrine of equivalents because the differences between the claimed invention and Downing's Accused Instrumentalities, if any, are insubstantial and the Accused Instrumentalities perform the same function in the same way to achieve the same result as the claim limitations. |
|---|---|---|
| | (ii) an actuator that is positioned remotely from the valve body, wherein the actuator is configured to move between a first position, a second position and therebetween and wherein the actuator is operatively coupled to the valve by a conduit for controlling the position of the valve; and | Each frac valve has an actuator that is positioned remotely from the valve body, wherein the actuator is configured to move between a first position, a second position, and therebetween and wherein the actuator is operatively coupled to the frac valve by a conduit for controlling the position of the valve.<br><br>Each frac valve is actuated using a hydraulic actuation system.  The hydraulic actuation system includes an actuator that is positioned remotely from the valve body and is configured to move between at least two positions.  The first position provides hydraulic fluid to the frac valve, the second position removes hydraulic fluid from the frac valve, and therebetween.  A conduit is used to provide or remove the hydraulic fluid to/from each frac valve based on the position of the actuator.  Providing or removing hydraulic fluid to/from the frac valve controls the position of the frac valve.<br><br>• The following annotated image from Downing's LinkedIn shows the frac valves being actuated using the hydraulic actuation system.  The hydraulic actuation system is shown having, at least, accumulators and hydraulic lines. |



*See* https://www.linkedin.com/company/downingusa/posts/.

To the extent that any claim limitation is found to be not present literally, the claim limitation is present under the doctrine of equivalents because the differences between the claimed invention and Downing's Accused Instrumentalities, if any, are insubstantial and the Accused Instrumentalities perform the same function in the same way to achieve the same result as the claim limitations.

| | (iii) a controlled actuator that is configured to receive commands for moving the actuator. | Each frac valve has a controlled actuator that is configured to receive commands for moving the actuator.<br><br>The frac valve includes the iControl System that is used to remotely actuate the frac valve. In order to move Downing's hydraulic actuation system's actuator (which is positioned remotely from the valve body) to, in turn, control the position of the valve from a tablet or computer (where the iControl System is physically located), a component (a controlled actuator) must necessarily exist to receive commands and turn those commands into an |

action that can move the actuator, otherwise the system would not work.  This component (the controlled actuator) is coupled to the actuator and has the ability to receive commands from the user to move the actuator.

- The following images show the FS Control Center, which includes the FS iControl, being used to remotely operate frac valves.  For any of the valves being operated using the FS Control Center (*e.g.*, frac valves, FS Valve, pump down valves, master valves, etc.), the FS iControl remotely operates the valve, such as the frac valves, by receiving and sending commands for moving the actuator coupled to the valve.  The first image is from Downing and SEF Energy's Society of Petroleum Engineers (SPE) Paper No. 213101-MS showing operators using FS iControl to send commands to the controlled actuator to move the actuator.  The second, third, and fourth images are from Downing's YouTube video posted on Downing's website and show the iControl system controlling the frac valves by sending a command to a controlled actuator to move the actuator.



Figure 14—Operator2 personnel operating the automated surface system from the frac van.

*See* Society of Petroleum Engineers (SPE) Paper No. 213101-MS found at https://onepetro.org/SPEOKOG/proceedings-abstract/23OKOG/2-23OKOG/D021S004R002/518800?redirectedFrom=PDF.





*See* https://www.youtube.com/watch?v=ne35_FzfTDA and
https://downingusa.com/freedomseries/continuouspumping/.

To the extent that any claim limitation is found to be not present literally, the claim limitation is present under the doctrine of equivalents because the differences between the claimed invention and Downing's Accused Instrumentalities, if any, are insubstantial and the Accused Instrumentalities perform the same function in the same way to achieve the same result as the claim limitations.

| 11. | A system for controlling orientation of a valve, the system comprising: | Downing's Freedom Series (FS) Completion System is a system for controlling the orientation of a valve, namely, the frac valve.<br><br>The FS Completion System includes the FS Control Center, in conjunction with a hydraulic actuation system, to control the orientation of the frac valve.<br><br><ul><li>The following annotated image from Downing's LinkedIn post shows two frac valves connected to a wellhead at a Downing frac site.</li></ul><br><br><br>*See* https://www.linkedin.com/company/downingusa/posts/. |
| --- | --- | --- |

- The following series of images show the FS Control Center, which includes the FS iControl, being used to remotely operate frac valves.  For any of the valves being operated using the FS Control Center (*e.g.*, frac valves, FS Valve, pump down valves, master valves, etc.), the FS iControl remotely operates the valve, such as the frac valves, by receiving and sending commands to/from a controlled actuator to move an actuator coupled to the valve.  The first image is from Downing and SEF Energy's Society of Petroleum Engineers (SPE) Paper No. 213101-MS showing operators using FS iControl to send commands to the controlled actuator to move the actuator.  The second, third, and fourth images are from Downing's YouTube video posted on Downing's website and show the iControl system controlling the frac valves by sending a command to the controlled actuator to move the actuator.



Figure 14—Operator2 personnel operating the automated surface system from the frac van.

*See* Society of Petroleum Engineers (SPE) Paper No. 213101-MS found at https://onepetro.org/SPEOKOG/proceedings-abstract/23OKOG/2-23OKOG/D021S004R002/518800?redirectedFrom=PDF.





*See* https://www.youtube.com/watch?v=ne35_FzfTDA and
https://downingusa.com/freedomseries/continuouspumping/.

To the extent that any claim limitation is found to be not present literally, the claim limitation is present under the doctrine of equivalents because the differences between the claimed invention and Downing's Accused Instrumentalities, if any, are insubstantial and the Accused Instrumentalities perform the same function in the same way to achieve the same result as the claim limitations.

| (a) a valve assembly that comprises: | Downing's FS Completion System includes frac valves which are valve assemblies:<br><br>• The following annotated image from a LinkedIn post shows two frac valves connected to a wellhead at a Downing frac site.<br><br><br><br>*See* https://www.linkedin.com/company/downingusa/posts/.<br><br>To the extent that any claim limitation is found to be not present literally, the claim limitation is present under the doctrine of equivalents because the differences between the claimed invention and Downing's Accused Instrumentalities, if any, are insubstantial and the Accused Instrumentalities perform the same function in the same way to achieve the same result as the claim limitations. |

| | | |
|---|---|---|
| | (i) a valve body for housing the valve that is configured to move between an open position, a closed position and therebeween [*sic*] for controlling a fluid flow therepast, | Each frac valve has a valve body for housing a valve that is configured to move between an open position, a closed position, and therebetween for controlling a fluid flow therepast.<br><br>• The following annotated image shows the valve bodies of two frac valves, each valve body for housing the valve.  The image also shows the direction of flow that the frac valves control.  To control the flow to the wellhead, each frac valve is configured to move between an open position, a closed position, and therebetween.  The image is from a LinkedIn post.<br><br><br><br>*See* https://www.linkedin.com/company/downingusa/posts/.<br><br>To the extent that any claim limitation is found to be not present literally, the claim limitation is present under the doctrine of equivalents because the differences between the claimed invention and Downing's Accused Instrumentalities, if any, are insubstantial and |

| | | |
|---|---|---|
| | | the Accused Instrumentalities perform the same function in the same way to achieve the same result as the claim limitations. |
| | (ii) an actuator that is positioned remotely from the valve body, wherein the actuator is configured to move between a first position, a second position and therebetween and wherein the actuator is operatively coupled to the valve by a conduit for controlling the position of the valve; and | Each frac valve has an actuator that is positioned remotely from the valve body, wherein the actuator is configured to move between a first position, a second position, and therebetween and wherein the actuator is operatively coupled to the frac valve by a conduit for controlling the position of the valve.<br><br>Each frac valve is actuated using a hydraulic actuation system.  The hydraulic actuation system includes an actuator that is positioned remotely from the valve body and is configured to move between at least two positions.  The first position provides hydraulic fluid to the frac valve via the hydraulic lines, the second position removes hydraulic fluid from the frac valve, and therebetween.  A conduit is used to provide or remove the hydraulic fluid to/from the frac valve based on the position of the actuator.  Providing or removing hydraulic fluid to/from the frac valve controls the position of the frac valve. |

- The following annotated image from Downing's LinkedIn shows the frac valves being actuated using the hydraulic actuation system.  The hydraulic actuation system is shown having, at least, accumulators and hydraulic lines.



*See* https://www.linkedin.com/company/downingusa/posts/.

To the extent that any claim limitation is found to be not present literally, the claim limitation is present under the doctrine of equivalents because the differences between the claimed invention and Downing's Accused Instrumentalities, if any, are insubstantial and the Accused Instrumentalities perform the same function in the same way to achieve the same result as the claim limitations.

| (iii) a controlled actuator that is configured to receive commands for moving the actuator, | Each frac valve has a controlled actuator that is configured to receive commands for moving the actuator.<br><br>The frac valve includes the iControl System that is used to remotely actuate the frac valve. In order to move Downing's hydraulic actuation system's actuator (which is positioned remotely from the valve body) to, in turn, control the position of the valve from a tablet or computer (where the iControl System is physically located), a component (a controlled actuator) must necessarily exist to receive commands and turn those commands into an action that can move the actuator, otherwise the system would not work.  This component (the controlled actuator) is coupled to the actuator and has the ability to receive commands from the user to move the actuator.<br><br><ul><li>The following images show the FS Control Center, which includes the FS iControl, being used to remotely operate frac valves.  For any of the valves being operated using the FS Control Center (*e.g.*, frac valves, FS Valve, pump down valves, master valves, etc.), the FS iControl remotely operates the valve, such as the frac valves, by receiving and sending commands for moving the actuator coupled to the valve. The first image is from Downing and SEF Energy's Society of Petroleum Engineers (SPE) Paper No. 213101-MS showing operators using FS iControl to send commands to the controlled actuator to move the actuator.  The second, third, and fourth images are from Downing's YouTube video posted on Downing's website and show the iControl system controlling the frac valves by sending a command to a controlled actuator to move the actuator.</li></ul><br><br>Figure 14—Operator2 personnel operating the automated surface system from the frac van. |

*See* Society of Petroleum Engineers (SPE) Paper No. 213101-MS found at https://onepetro.org/SPEOKOG/proceedings-abstract/23OKOG/2-23OKOG/D021S004R002/518800?redirectedFrom=PDF.





*See* https://www.youtube.com/watch?v=ne35_FzfTDA and
https://downingusa.com/freedomseries/continuouspumping/.

<table>
<tr><td></td><td></td><td>To the extent that any claim limitation is found to be not present literally, the claim limitation is present under the doctrine of equivalents because the differences between the claimed invention and Downing's Accused Instrumentalities, if any, are insubstantial and the Accused Instrumentalities perform the same function in the same way to achieve the same result as the claim limitations.</td></tr>
<tr><td></td><td>(b) a controller that is configured to send commands to the controlled actuator.</td><td>

The FS Completion System has a controller that is configured to send commands to the controlled actuator.

The FS iControl system in the FS Control Center of the FS Completion System is the controller that sends commands to the controlled actuator.

- The following image is a description of the FS Control Center from Downing's website. The statement "[r]emotely operates IoT-enabled FS products" in the following image shows that commands are sent to operate the frac valve(s).  The frac valves are remotely actuated as evidenced by their inclusion in the iControl system.  Furthermore, the ability to remotely actuate the frac valves means the frac valves must necessarily be IoT enabled, otherwise the system would not work.



*See* https://downingusa.com/freedomseries/completions/.

</td></tr>
</table>

|  |  | • The following series of images show the FS Control Center, which includes the FS iControl, being used to remotely operate frac valves. For any of the valves being operated using the FS Control Center (*e.g.*, frac valves, FS Valve, pump down valves, master valves, etc.), the FS iControl remotely operates the valve, such as the frac valves, by  receiving and sending commands for moving the actuator coupled to the valve.  The first image is from Downing and SEF Energy's Society of Petroleum Engineers (SPE) Paper No. 213101-MS showing operators using FS iControl to send commands to the controlled actuator to move the actuator.  The second, third, and fourth images are from Downing's YouTube video posted on Downing's website and show the iControl system controlling the frac valves by sending a command to a controlled actuator to move the actuator.<br><br><br>Figure 14—Operator2 personnel operating the automated surface system from the frac van.<br><br>*See* Society of Petroleum Engineers (SPE) Paper No. 213101-MS found at https://onepetro.org/SPEOKOG/proceedings-abstract/23OKOG/2-23OKOG/D021S004R002/518800?redirectedFrom=PDF. |
|--|--|--|





*See* https://www.youtube.com/watch?v=ne35_FzfTDA and
https://downingusa.com/freedomseries/continuouspumping/.

To the extent that any claim limitation is found to be not present literally, the claim limitation is present under the doctrine of equivalents because the differences between the claimed invention and Downing's Accused Instrumentalities, if any, are insubstantial and the Accused Instrumentalities perform the same function in the same way to achieve the same result as the claim limitations.