# EXHIBIT 7

**DOWNING'S FREEDOM SERIES COMPLETION SYSTEM WITH FS VALVE AND**
**CLAIMS 1 AND 24 OF U.S. PATENT NO. 11,608,708 ("'708 PATENT")**

| CLAIM NO. | CLAIM LANGUAGE OF THE '708 PATENT | DOWNING'S FREEDOM SERIES COMPLETION SYSTEM WITH FS VALVE ("ACCUSED INSTRUMENTALITIES") |
|---|---|---|
| 1. | A process for regulating a wellhead control mechanism, the process comprising: | The Freedom Series (FS) Completion System provides a process for regulating a wellhead control mechanism.<br><br>The FS Completion System includes an FS Valve.  The FS Valve is a wellhead control mechanism.  The FS Control Center of the FS Completion System uses a process to regulate the FS Valve.<br><br>• The following image is a description of the FS Valve from Downing's website.  The statement, "[a]utomatically equalizes pressure between surface and wellbore," in the following image shows that the FS Valve provides pressure containment between two or more sections of a wellhead.  The statement, "[f]ully automated and IoT-enabled," in the following image shows an automated process regulates the FS Valve.<br><br><br><br>*See* https://downingusa.com/freedomseries/completions/. |

- The FS Completion System's FS Control Center regulates the wellhead control mechanism.  The following image is a description of the FS Control Center from Downing's website.  The statements "[r]emotely operates IoT-enabled FS products" and "[o]perates up to 4 FS valves" in the following image shows that there exists a process for regulating the FS Valve using the FS Control Center.

**❚FS Control Center**

- Remotely operates IoT-enabled FS products
- Operates up to 4 FS valves
- Temperature controlled unit
- Runs stand-alone via generator or through direct power
- Powers heating blankets for FS equipment

*See* https://downingusa.com/freedomseries/completions/.

|  |  | • The following image shows that the FS Control Center regulates the FS Valve.  This image is from Downing's YouTube video.<br><br><br><br>*See* https://www.youtube.com/watch?app=desktop&v=pe32ON8Gfuc.<br><br>• The following image shows the FS Valve.  This image is from Downing's YouTube video posted on their website. |
|--|--|--|



*See* https://www.youtube.com/watch?v=X0m9DcnZczE&t=5s and
https://downingusa.com/freedomseries/completions/.

- The following series of images shows the FS Valve regulating pressure of the wellhead. The blue and brown colors shown in the images represent two different fluid pressures. The first image shows a pressure differential across the FS Valve and the second image shows the pressure equalized across the FS Valve.  These images are from Downing's YouTube video posted on their website.



*See* https://www.youtube.com/watch?v=X0m9DcnZczE&t=5s and
https://downingusa.com/freedomseries/completions/.

- The following image shows that the fluid flow path is closed through the FS valve and the wellhead.  The blue and brown colors shown in the schematic diagram represent two different fluid pressures.   The only way two different fluid pressures can exist across the FS Valve is if the fluid flow path through the FS Valve is closed.  Thus, the blue and brown colors across the body of the FS Valve show that the fluid flow path is closed.  This image is from Downing's YouTube video posted on Downing's website.

|  |  | *See* https://www.youtube.com/watch?v=X0m9DcnZczE&t=5s and https://downingusa.com/freedomseries/completions/.<br><br>• The following image shows the fluid flow path opening through the FS Valve and the remainder of the wellhead once the pressure is equalized.  Specifically, the brown color shown fully across the body of the FS Valve shows the pressure has equalized. This image is from Downing's YouTube video posted on Downing's website. |
|---|---|---|



*See* https://www.youtube.com/watch?v=X0m9DcnZczE&t=5s and
https://downingusa.com/freedomseries/completions/.

| | | |
|---|---|---|
| | | To the extent that any claim limitation is found to be not present literally, the claim limitation is present under the doctrine of equivalents because the differences between the claimed invention and Downing's Accused Instrumentalities, if any, are insubstantial and the Accused Instrumentalities perform the same function in the same way to achieve the same result as the claim limitations. |
| | locking out the wellhead control mechanism so that it cannot actuate; and | The FS Completion System's process includes locking out the wellhead control mechanism so that it cannot actuate.<br><br>The FS Control Center includes FS iControl which is software in the FS Control Center used to remotely actuate various valves, including the FS Valve.  Part of the FS iControl system includes a lock out.  This lock out prevents the FS Valve from being actuated until a series of requirements have been met.<br><br>• The following images show the FS Control Center, which includes the FS iControl, being used to remotely actuate frac valves.  As can be seen in the images, the FS iControl is used to actuate the FS Valve and the frac valves, so for the purposes of this claim limitation, the FS iControl necessarily actuates the FS Valve in the same way it actuates the frac valves.   Specifically, for any of the valves being actuated using the FS Control Center (*e.g.*, frac valves, FS Valve, pump down valves, master valves, etc.), the FS iControl remotely actuates the valve, such as the FS Valve, by receiving and sending commands.  These images show that all the valves, including the FS Valve, in the FS iControl system cannot be actuated until, at least, a password is entered to override the lock out.  These images also show that the lock out prevents valves from being actuated until certain requirements have been met.  For example, the FS Valve cannot be actuated to open a flow path or equalize pressure until a lubricator is fully latched into the FS Valve using the FS Latch.  These images are from Downing's YouTube video posted on Downing's website and show a frac valve actuation sequence using FS iControl as an example of the actuation sequence used to control the FS Valve. |









*See* https://www.youtube.com/watch?v=ne35_FzfTDA and
https://downingusa.com/freedomseries/continuouspumping/.

To the extent that any claim limitation is found to be not present literally, the claim limitation is present under the doctrine of equivalents because the differences between the claimed invention and Downing's Accused Instrumentalities, if any, are insubstantial and the Accused Instrumentalities perform the same function in the same way to achieve the same result as the claim limitations.

| | | |
|---|---|---|
| | performing a handshake protocol to determine if the locked out wellhead control mechanism can be released and then actuated, | The FS Completion System's process includes performing a handshake protocol to determine if the locked out wellhead control mechanism can be released and then actuated.<br><br>Downing describes the interaction between a user and the FS iControl system that enables the FS iControl system to actuate the FS Valve as a "digital handshake."<br><br>• The image below is from Downing's Society of Petroleum Engineer's (SPE) Paper No. 213101-MS, Page 7 and explains that a "handshake" exists in order to use the FS iControl system to actuate the FS Valve.<br><br>**Digital handshake** – a unique authentication code, changing every 30 seconds, is tied to each person authorized to use the system. The digital handshake reduces the risk of NPT by ensuring the system is operated only by qualified personnel and provides traceability if issues occur.<br><br>*See* Society of Petroleum Engineers (SPE) Paper No. 213101-MS found at https://onepetro.org/SPEOKOG/proceedings-abstract/23OKOG/2-23OKOG/D021S004R002/518800?redirectedFrom=PDF.<br><br>• The following series of images show a digital handshake occurring via a password system to operate the FS iControl system. The digital handshake protocol is performed to determine if the locked out wellhead control mechanism can be released and then actuated, as shown in the FS iControl System. Once the digital handshake protocol has been accomplished, a wellhead control mechanism the user wants to actuate in the FS Completion System, *e.g.*, the FS Valve, is released and then actuated. These images are from Downing's YouTube video posted on Downing's website. |









*See* https://www.youtube.com/watch?v=ne35_FzfTDA and
https://downingusa.com/freedomseries/continuouspumping/.

To the extent that any claim limitation is found to be not present literally, the claim limitation is present under the doctrine of equivalents because the differences between the claimed invention and Downing's Accused Instrumentalities, if any, are insubstantial and the Accused Instrumentalities perform the same function in the same way to achieve the same result as the claim limitations.

| | |
|---|---|
| wherein the handshake protocol comprises an initiator signal communicated by a controller circuit to a first user and the first user sending a confirmatory signal to the controller circuit when the wellhead control mechanism can be unlocked safely. | The FS Completion System's handshake protocol includes an initiator signal communicated by a controller circuit to a first user and the first user sending a confirmatory signal to the controller circuit when the wellhead control mechanism can be unlocked safely.<br><br>The FS iControl and the FS Control Center are controller circuits:<br><br>• The following image shows the FS Control Center, which includes a controller circuit, the FS iControl, that operates the FS Valve.  This image is from Downing's YouTube video.<br><br><br><br>*See* https://www.youtube.com/watch?app=desktop&v=pe32ON8Gfuc.<br><br>• The following image shows the FS iControl controller circuit operating the valves in the FS Completion System, including the FS Valve.  This image is from Downing's YouTube video found on Downing's website. |



*See* https://www.youtube.com/watch?v=ne35_FzfTDA and
https://downingusa.com/freedomseries/continuouspumping/.

In a first example, the FS iControl system's digital handshake protocol includes a password prompt to a user (*i.e.*, an initiator signal communicated by the controller circuit). The FS iControl system's digital handshake protocol allows a user to send a confirmatory signal to the controller circuit by entering a password into the FS iControl system when the wellhead control mechanism can be unlocked safely.

- The following images show the FS iControl system's digital handshake protocol prompting the user for a password to enter when the wellhead control mechanism can be unlocked safely. These images are from Downing's YouTube video found on Downing's website.



*See* https://www.youtube.com/watch?v=ne35_FzfTDA and https://downingusa.com/freedomseries/continuouspumping/.

- The following images show the digital handshake protocol's password entered into the FS iControl system by a user when the wellhead control mechanism can be unlocked safely.  These images are from Downing's YouTube video found on Downing's website.



*See* https://www.youtube.com/watch?v=ne35_FzfTDA and
https://downingusa.com/freedomseries/continuouspumping/.

In a second example, the FS iControl system's digital handshake protocol also provides an initiator signal communicated by the controller circuit by asking the user to confirm they want to swap wells.  The FS iControl system's digital handshake protocol allows the user to send a confirmatory signal to the controller circuit by selecting "OK" when the wellhead control mechanism can be unlocked safely.

- The following images show the FS iControl system's digital handshake protocol asking the user if the user is sure they want to swap wells and the user selecting "Ok". These images are from Downing's YouTube video found on Downing's website.



*See* https://www.youtube.com/watch?v=ne35_FzfTDA and https://downingusa.com/freedomseries/continuouspumping/.

To the extent that any claim limitation is found to be not present literally, the claim limitation is present under the doctrine of equivalents because the differences between the claimed invention and Downing's Accused Instrumentalities, if any, are insubstantial and the Accused Instrumentalities perform the same function in the same way to achieve the same result as the claim limitations.

| 24. | A process for regulating a wellhead control mechanism, the process comprising: | The Freedom Series (FS) Completion System provides a process for regulating a wellhead control mechanism. |
| --- | --- | --- |
| | | The FS Completion System includes an FS Valve.  The FS Valve is a wellhead control mechanism.  The FS Control Center of the FS Completion System uses a process to regulate the FS Valve. |
| | | • The following image is a description of the FS Valve from Downing's website.  The statement, "[a]utomatically equalizes pressure between surface and wellbore," in the following image shows that the FS Valve provides pressure containment between two or more sections of a wellhead. The statement, "[f]ully automated and IoT-enabled," in the following image shows an automated process regulates the FS Valve. |

**FS Valve**

- Multi-chamber hydraulic valve
- Fully automated and IoT-enabled
- Automatically equalizes pressure between surface and wellbore
- Eliminates need to use gate valves for transitions

*See* https://downingusa.com/freedomseries/completions/.

- The FS Completion System's Control Center regulates the wellhead control mechanism. The following image is a description of the FS Control Center from Downing's website. The statements "[r]emotely operates IoT-enables FS products" and "[o]perates up to 4 FS valves" in the following image shows that there exists a process for regulating the FS Valve using the FS Control Center.

**FS Control Center**

- Remotely operates IoT-enabled FS products
- Operates up to 4 FS valves
- Temperature controlled unit
- Runs stand-alone via generator or through direct power
- Powers heating blankets for FS equipment

*See* https://downingusa.com/freedomseries/completions/.

- The following image shows that the FS Control Center regulates the FS Valve.  This image is from Downing's YouTube video.



*See* https://www.youtube.com/watch?app=desktop&v=pe32ON8Gfuc.

- The following image shows the FS Valve.  This image is from Downing's YouTube video posted on Downing's website.



*See* https://www.youtube.com/watch?v=X0m9DcnZczE&t=5s and https://downingusa.com/freedomseries/completions/.

- The following series of images shows the FS Valve regulating pressure of the wellhead. The blue and brown colors shown in the images represent two different fluid pressures. The first image shows a pressure differential across the FS Valve and the second image shows the pressure equalized across the FS Valve.  These images are from Downing's YouTube video posted on Downing's website.



*See* https://www.youtube.com/watch?v=X0m9DcnZczE&t=5s and
https://downingusa.com/freedomseries/completions/.

- The following image shows that the fluid flow path is closed through the FS Valve and the wellhead.  The blue and brown colors represent two different fluid pressures.  The only way two different fluid pressures can exist across the FS Valve is if the fluid flow path through the FS Valve is closed.  Thus, the blue and brown colors across the body of the FS Valve show that the fluid flow path is closed.  This image is from Downing's YouTube video posted on Downing's website.

*See* https://www.youtube.com/watch?v=X0m9DcnZczE&t=5s and https://downingusa.com/freedomseries/completions/.

- The following image shows the fluid flow path opening through the FS Valve and the wellhead once the pressure is equalized. Specifically, the brown color shown fully across the body of the FS Valve shows the pressure has equalized.  This image is from Downing's YouTube video posted on Downing's website.



*See* https://www.youtube.com/watch?v=X0m9DcnZczE&t=5s and https://downingusa.com/freedomseries/completions/.

| | | |
|---|---|---|
| | | To the extent that any claim limitation is found to be not present literally, the claim limitation is present under the doctrine of equivalents because the differences between the claimed invention and Downing's Accused Instrumentalities, if any, are insubstantial and the Accused Instrumentalities perform the same function in the same way to achieve the same result as the claim limitations. |
| | locking out the wellhead control mechanism so that it cannot actuate; and | The FS Completion System's process includes locking out the wellhead control mechanism so that it cannot actuate. <br><br> The FS Control Center includes FS iControl which is software in the FS Control Center of the FS Completion System used to remotely actuate various valves, including the FS Valve. Part of the FS iControl system includes a lock out. This lock out prevents the FS Valve from being actuated until a series of requirements have been met. <br><br> • The following images show the FS Control Center, which includes the FS iControl, being used to remotely actuate frac valves. As can be seen in the images, the FS iControl is used to actuate the FS Valve and the frac valves, so for the purposes of this claim limitation, the FS iControl necessarily actuates the FS Valve in the same way it actuates the frac valves. Specifically, for any of the valves being operated using the FS Control Center (*e.g.*, frac valves, FS Valve, pump down valves, master valves, etc.), the FS iControl remotely actuates the valve, such as the FS Valve, by receiving and sending commands. These images show that all of the valves, including the FS Valve, cannot be actuated until, at least, a password is entered to override the lock out. These images also show that the lock out prevents valves from being actuated until certain requirements have been met. For example, the FS Valve cannot be actuated to open a flow path or equalize pressure until a lubricator is fully latched into the FS Valve using the FS Latch. These images are from Downing's YouTube video posted on Downing's website and show a frac valve actuation sequence using FS iControl as an example of the actuation sequence used to control the FS Valve. |



See https://www.youtube.com/watch?v=ne35_FzfTDA and
https://downingusa.com/freedomseries/continuouspumping/.







*See* https://www.youtube.com/watch?v=ne35_FzfTDA and
https://downingusa.com/freedomseries/continuouspumping/.

To the extent that any claim limitation is found to be not present literally, the claim limitation is present under the doctrine of equivalents because the differences between the claimed invention and Downing's Accused Instrumentalities, if any, are insubstantial and the Accused Instrumentalities perform the same function in the same way to achieve the same result as the claim limitations.

| | | |
|---|---|---|
| | performing a handshake protocol to determine if the locked out wellhead control mechanism can be released and then actuated, | The FS Completion System's process includes performing a handshake protocol to determine if the locked out wellhead control mechanism can be released and then actuated.<br><br>Downing describes the interaction between a user and the FS iControl system that enables the FS iControl system to actuate the FS Valve as a "digital handshake."<br><br>• The image below is from Downing's Society of Petroleum Engineer's (SPE) Paper No. 213101-MS, Page 7 and explains that a handshake exists in order to use the FS iControl system to actuate the FS Valve. |

**Digital handshake** – a unique authentication code, changing every 30 seconds, is tied to each person authorized to use the system. The digital handshake reduces the risk of NPT by ensuring the system is operated only by qualified personnel and provides traceability if issues occur.

*See* Society of Petroleum Engineers (SPE) Paper No. 213101-MS found at https://onepetro.org/SPEOKOG/proceedings-abstract/23OKOG/2-23OKOG/D021S004R002/518800?redirectedFrom=PDF.

- The following series of images show the FS Completion System's digital handshake protocol occurring via a password system to operate the FS iControl system.  The FS Completion System's digital handshake protocol determines if the locked out wellhead control mechanism can be released and then actuated.  Once the digital handshake protocol has been accomplished, a wellhead control mechanism that the user wants to actuate in the FS Completion System, *e.g.*, the FS Valve, is released and then actuated.  These images are from Downing's YouTube video found on Downing's website.







| | | |
|---|---|---|
| | | *See* https://www.youtube.com/watch?v=ne35_FzfTDA and https://downingusa.com/freedomseries/continuouspumping/.<br><br>To the extent that any claim limitation is found to be not present literally, the claim limitation is present under the doctrine of equivalents because the differences between the claimed invention and Downing's Accused Instrumentalities, if any, are insubstantial and the Accused Instrumentalities perform the same function in the same way to achieve the same result as the claim limitations. |
| | wherein the handshake protocol comprises an initiator signal sent by a first user to a controller circuit and the controller circuit sends a confirmatory signal to the first user when the wellhead control mechanism can be unlocked safely. | The FS Completion System's handshake protocol includes an initiator signal sent by a first user to a controller circuit and the controller circuit sends a confirmatory signal to the first user when the wellhead control mechanism can be unlocked safely.<br><br>The FS iControl and the FS Control Center are controller circuits:<br><br>• The following image shows the FS Control Center, which includes a controller circuit, the FS iControl, that operates the FS Valve.  This image is from Downing's YouTube video. |



*See* https://www.youtube.com/watch?app=desktop&v=pe32ON8Gfuc.

- The following image shows the FS iControl controller circuit operating the valves in the FS Completion System, including the FS Valve, using the FS Completion System's handshake protocol.  This image is from Downing's YouTube video found on Downing's website.



*See* https://www.youtube.com/watch?v=ne35_FzfTDA and
https://downingusa.com/freedomseries/continuouspumping/.

The FS Completion System's handshake protocol includes a user entering a password into the FS iControl which is the user sending an initiator signal to the controller circuit.  The FS Completion System's handshake protocol also includes the FS iControl asking if the user is sure they want to swap wells is the confirmatory signal from the controller circuit to the user when the wellhead control mechanism can be unlocked safely.

- The following images show the user entering a password into the FS iControl system.  These images are from Downing's YouTube video found on Downing's website.



*See* https://www.youtube.com/watch?v=ne35_FzfTDA and
https://downingusa.com/freedomseries/continuouspumping/.

- The following images show the FS iControl system asking the user if the user is sure they want to swap wells.  These images are from Downing's YouTube video found on Downing's website.





*See* https://www.youtube.com/watch?v=ne35_FzfTDA and https://downingusa.com/freedomseries/continuouspumping/.

To the extent that any claim limitation is found to be not present literally, the claim limitation is present under the doctrine of equivalents because the differences between the claimed invention and Downing's Accused Instrumentalities, if any, are insubstantial and the Accused Instrumentalities perform the same function in the same way to achieve the same result as the claim limitations.