# EXHIBIT 9

**DOWNING'S FREEDOM SERIES COMPLETION SYSTEM WITH MASTER VALVE AND CLAIMS 1 AND 24 OF U.S. PATENT NO. 11,608,708 ("'708 PATENT")**

| CLAIM NO. | CLAIM LANGUAGE OF THE '708 PATENT | DOWNING'S FREEDOM SERIES COMPLETION SYSTEM WITH MASTER VALVE ("ACCUSED INSTRUMENTALITIES") |
|---|---|---|
| 1. | A process for regulating a wellhead control mechanism, the process comprising: | The Freedom Series (FS) Completion System provides a process for regulating a wellhead control mechanism.<br><br>The FS Completion System includes master valves. Each master valve is a wellhead control mechanism. The FS Control Center of the FS Completion System uses a process to regulate the master valves.<br><br>• The FS Completion System's FS Control Center regulates the wellhead control mechanism. The following image is a description of the FS Control Center from Downing's website. The statement "[r]emotely operates IoT-enabled FS products" in the following image shows that there exists a process for regulating IoT-enabled master valves using the FS Control Center. The master valves are remotely actuated as evidenced, at least, by their inclusion in the FS iControl system of the FS Control Center. Furthermore, the ability to remotely actuate the master valves means the master valves must necessarily be IoT enabled, otherwise the system would not work.<br><br>FS Control Center<br>• Remotely operates IoT-enabled FS products<br>• Operates up to 4 FS valves<br>• Temperature controlled unit<br>• Runs stand-alone via generator or through direct power<br>• Powers heating blankets for FS equipment<br><br>*See* https://downingusa.com/freedomseries/completions/. |

| | | |
|---|---|---|
| | | • The following annotated images show the master valves being controlled by the FS iControl, which is part of the FS Control. The first image shows the FS iControl that is used to regulate the master valves. The second image shows master valves on a wellsite that are regulated using the FS iControl. The first image is from Downing's YouTube video posted on their website. The second image is from a LinkedIn post.<br><br>Master Valves<br><br>*See* https://www.youtube.com/watch?v=ne35_FzfTDA and https://downingusa.com/freedomseries/continuouspumping/. |



| | | |
|---|---|---|
| | |   <br>*See* https://www.linkedin.com/company/downingusa/posts/.<br><br>To the extent that any claim limitation is found to be not present literally, the claim limitation is present under the doctrine of equivalents because the differences between the claimed invention and Downing's Accused Instrumentalities, if any, are insubstantial and the Accused Instrumentalities perform the same function in the same way to achieve the same result as the claim limitations. |

| | | |
|---|---|---|
| | locking out the wellhead control mechanism so that it cannot actuate; and | The FS Completion System's process includes locking out the wellhead control mechanism so that it cannot actuate.<br><br>The FS Control Center includes FS iControl which is software in the FS Control Center used to remotely actuate various valves, including the master valves. Part of the FS iControl system includes a lock out. This lock out prevents valves from being actuated until a series of requirements have been met.<br><br>• The following images show the FS Control Center, which includes the FS iControl, being used to remotely actuate frac valves. As can be seen in the images, the FS iControl is used to actuate the master valves and the frac valves, so for the purposes of this claim limitation, the FS iControl necessarily actuates the master valves in the same way it actuates the frac valves. Specifically, for any of the valves being actuated using the FS Control Center (*e.g.*, frac valves, FS Valve, pump down valves, master valves, etc.), the FS iControl remotely actuates the valve, such as the master valves, by receiving and sending commands. These images show that all the valves in the FS iControl system cannot be actuated until, at least, a password is entered to override the lock out. These images also show that the lock out prevents valves from being actuated until certain requirements have been met. For example, the master valves cannot be actuated to open a flow path to the wellhead until the FS Valve is closed. These images are from Downing's YouTube video posted on Downing's website and show a frac valve actuation sequence using FS iControl as an example of the actuation sequence used to control the master valves. |

Continuous Pumping on Simulfrac
Enter Authentication Code
WIRELINE
Pump Down
Dual
FRAC
Zipper
Dual
Dual
Master
Isolation
PD PSI
FS PSI
Well PSI
Frac PSI
12HE
FSiC-009
GHyd PSI
VHyd PSI
HPU PSI
FSEQ
Inner
Outer
Open
Close
FS iControl
Execute Step
Load New
Frac Plan
Skip Step
CP Swap/Open Selection
Execute
CP Swap/Open
Clear Swap
Close
Zippers
Admin Password
Enter Password
Password
OK

12HE
FSiC-009
GHyd PSI
VHyd PSI
Grease PSI
HPU PSI
Grease lbs
FSEQ
Inner
Outer
Open
Close
FS iControl
WIRELINE
Pump Down
Dual
FRAC
Zipper
Dual
Dual
Master
Isolation
Abort All
Ball Drop
Locked
Unlocked
PD PSI
FS PSI
Well PSI
Frac PSI
Frac Plan
Execute Step
Load New
Frac Plan
Skip Step
CP Swap/Open Selection
Execute
CP Swap/Open
Clear Swap
Close
Zippers
Admin Mode
Are you sure you want to CP Swap to the 9HE, 12HE Wells?
OK
Cancel

Open Two Wells to Frac
WIRELINE
Pump Down
Dual
FRAC
Zipper
Dual
Dual
Master
Isolation
PD PSI
FS PSI
Well PSI
Frac PSI
FSiC-009
GHyd PSI
VHyd PSI
Grease PSI
HPU PSI
Grease lbs
FSEQ
Inner
Outer
Open
Close
FS iControl
Execute Step
Load New
Frac Plan
Skip Step
CP Swap/Open Selection
Execute
CP Swap/Open
Clear Swap
Close
Zippers
Simultaneously open / close isolation valves
WIRELINE
Pump Down
Dual
FRAC
Zipper
Dual
Dual
Master
Isolation
PD PSI
FS PSI
Well PSI
Frac PSI
FSiC-009
GHyd PSI
VHyd PSI
Grease PSI
HPU PSI
Grease lbs
FSEQ
Inner
Outer
Open
Close
FS iControl
Execute Step
Load New
Frac Plan
Skip Step
CP Swap/Open Selection
Execute
CP Swap/Open
Clear Swap
Close
Zippers

| | | |
|---|---|---|
| | | <br><br>*See* https://www.youtube.com/watch?v=ne35_FzfTDA and https://downingusa.com/freedomseries/continuouspumping/.<br><br>To the extent that any claim limitation is found to be not present literally, the claim limitation is present under the doctrine of equivalents because the differences between the claimed invention and Downing's Accused Instrumentalities, if any, are insubstantial and the Accused Instrumentalities perform the same function in the same way to achieve the same result as the claim limitations. |
| | performing a handshake protocol to determine if the locked out wellhead control mechanism can be released and then actuated, | The FS Completion System's process includes performing a handshake protocol to determine if the locked out wellhead control mechanism can be released and then actuated.<br><br>Downing describes the interaction between a user and the FS iControl system that enables the FS iControl system to actuate the master valves as a "digital handshake." |

| | | • The image below is from Downing's Society of Petroleum Engineer's (SPE) Paper No. 213101-MS, Page 7 and explains that a "handshake" exists in order to use the FS iControl system to actuate the master valves.<br><br>**Digital handshake** – a unique authentication code, changing every 30 seconds, is tied to each person authorized to use the system. The digital handshake reduces the risk of NPT by ensuring the system is operated only by qualified personnel and provides traceability if issues occur.<br><br>*See* Society of Petroleum Engineers (SPE) Paper No. 213101-MS found at https://onepetro.org/SPEOKOG/proceedings-abstract/23OKOG/2-23OKOG/D021S004R002/518800?redirectedFrom=PDF.<br><br>• The following series of images show a digital handshake occurring via a password system to operate the FS iControl system. The digital handshake protocol is performed to determine if the locked out wellhead control mechanism can be released and then actuated, as shown in the FS iControl System. Once the digital handshake protocol has been accomplished, a wellhead control mechanism the user wants to actuate in the FS Completion System, *e.g.*, the master valves, is released and then actuated. These images are from Downing's YouTube video posted on Downing's website. |
|---|---|---|

Continuous Pumping on Simulfrac
Enter Authentication Code
WIRELINE
Pump Down
Dual
FRAC
Zipper
Dual
Dual
Master
Isolation
12HE
FSiC-009
GHyd PSI
VHyd PSI
HPU PSI
FSEQ
Inner
Outer
Open
Close
PD PSI
FS PSI
Well PSI
Frac PSI
Execute Step
Load New
Frac Plan
Skip Step
CP Swap/Open Selection
Execute
CP Swap/Open
Clear Swap
Close
Zippers
FS iControl
Admin Password
Enter Password
Password
OK

WIRELINE
Pump Down
Dual
FRAC
Zipper
Dual
Dual
Master
Isolation
PD PSI
FS PSI
Well PSI
Frac PSI
Play (k)
12HE
FSiC-009
GHyd PSI
VHyd PSI
HPU PSI
FSEQ
Open
Close
FS iControl
Frac Plan
Execute Step
Load New Frac Plan
Skip Step
CP Swap/Open Selection
Execute CP Swap/Open
Clear Swap
Close Zippers
Admin Password
Enter Password
Password

*See* https://www.youtube.com/watch?v=ne35_FzfTDA and
https://downingusa.com/freedomseries/continuouspumping/.

To the extent that any claim limitation is found to be not present literally, the claim limitation is present under the doctrine of equivalents because the differences between the claimed invention and Downing's Accused Instrumentalities, if any, are insubstantial and the Accused Instrumentalities perform the same function in the same way to achieve the same result as the claim limitations.

| | | |
|---|---|---|
| | wherein the handshake protocol comprises an initiator signal communicated by a controller circuit to a first user and the first user sending a confirmatory signal to the controller circuit when the wellhead control mechanism can be unlocked safely. | The FS Completion System's handshake protocol includes an initiator signal communicated by a controller circuit to a first user and the first user sending a confirmatory signal to the controller circuit when the wellhead control mechanism can be unlocked safely.<br><br>The FS iControl and the FS Control Center are controller circuits:<br><br>• The following image shows the FS iControl controller circuit operating the valves in the FS Completion System, including the master valves. This image is from Downing's YouTube video posted on Downing's website.<br><br><br><br>*See* https://www.youtube.com/watch?v=ne35_FzfTDA and https://downingusa.com/freedomseries/continuouspumping/.<br><br>In a first example, the FS iControl system's digital handshake protocol includes a password prompt to a user (*i.e.*, an initiator signal communicated by the controller circuit). The FS iControl system's digital handshake protocol allows a user to send a confirmatory signal to |

the controller circuit by entering a password into the FS iControl system when the wellhead control mechanism can be unlocked safely.

- The following images show the FS iControl system's digital handshake protocol prompting the user for a password to enter when the wellhead control mechanism can be unlocked safely.  These images are from Downing's YouTube video posted on Downing's website.





| | | |
|---|---|---|
| | |  <br>*See* https://www.youtube.com/watch?v=ne35_FzfTDA and https://downingusa.com/freedomseries/continuouspumping/.<br><br>• The following images show the digital handshake protocol's password entered into the FS iControl system by a user when the wellhead control mechanism can be unlocked safely. These images are from Downing's YouTube video posted on Downing's website. |



*See* https://www.youtube.com/watch?v=ne35_FzfTDA and
https://downingusa.com/freedomseries/continuouspumping/.

In a second example, the FS iControl system's digital handshake protocol also provides an initiator signal communicated by the controller circuit by asking the user to confirm they want to swap wells.  The FS iControl system's digital handshake protocol allows the user to send a

confirmatory signal to the controller circuit by selecting "OK" when the wellhead control mechanism can be unlocked safely.

- The following images show the FS iControl system's digital handshake protocol asking the user if the user is sure they want to swap wells and the user selecting "OK". These images are from Downing's YouTube video posted on Downing's website.





*See* https://www.youtube.com/watch?v=ne35_FzfTDA and
https://downingusa.com/freedomseries/continuouspumping/.

| | | |
|---|---|---|
| | | To the extent that any claim limitation is found to be not present literally, the claim limitation is present under the doctrine of equivalents because the differences between the claimed invention and Downing's Accused Instrumentalities, if any, are insubstantial and the Accused Instrumentalities perform the same function in the same way to achieve the same result as the claim limitations. |

| | | |
|---|---|---|
| 24. | A process for regulating a wellhead control mechanism, the process comprising: | The Freedom Series (FS) Completion System provides a process for regulating a wellhead control mechanism.<br><br>The FS Completion System includes master valves. Each master valve is a wellhead control mechanism. The FS Control Center of the FS Completion System uses a process to regulate the master valves.<br><br>• The FS Completion System's FS Control Center regulates the wellhead control mechanism. The following image is a description of the FS Control Center from Downing's website. The statement "[r]emotely operates IoT-enabled FS products" in the following image shows that there exists a process for regulating IoT-enabled master valves using the FS Control Center. The master valves are remotely actuated as evidenced, at least, by their inclusion in the FS iControl system of the FS Control Center. Furthermore, the ability to remotely actuate the master valves means the master valves must necessarily be IoT enabled, otherwise the system would not work<br><br>**FS Control Center**<br>• Remotely operates IoT-enabled FS products<br>• Operates up to 4 FS valves<br>• Temperature controlled unit<br>• Runs stand-alone via generator or through direct power<br>• Powers heating blankets for FS equipment<br><br>*See* https://downingusa.com/freedomseries/completions/. |

| | | |
|---|---|---|
| | | • The following images show the master valves being controlled by the FS iControl, which is part of the FS Control. The first image shows the FS iControl that is used to regulate the master valves. The second image shows master valves on a wellsite that are regulated using the FS iControl. The first image is from Downing's YouTube video posted on their website. The second image is from a LinkedIn post.<br><br>Master Valves<br><br>*See* https://www.youtube.com/watch?v=ne35_FzfTDA and https://downingusa.com/freedomseries/continuouspumping/. |



| | | |
|---|---|---|
| | | <br><br>*See* https://www.linkedin.com/company/downingusa/posts/.<br><br>To the extent that any claim limitation is found to be not present literally, the claim limitation is present under the doctrine of equivalents because the differences between the claimed invention and Downing's Accused Instrumentalities, if any, are insubstantial and the Accused Instrumentalities perform the same function in the same way to achieve the same result as the claim limitations. |

| | | |
|---|---|---|
| | locking out the wellhead control mechanism so that it cannot actuate; and | The FS Completion System's process includes locking out the wellhead control mechanism so that it cannot actuate.<br><br>The FS Control Center includes FS iControl which is software in the FS Control Center used to remotely actuate various valves, including the master valves. Part of the FS iControl system includes a lock out. This lock out prevents valves from being actuated until a series of requirements have been met.<br><br>• The following images show the FS Control Center, which includes the FS iControl, being used to remotely actuate frac valves. As can be seen in the images, the FS iControl is used to actuate the master valves and the frac valves, so for the purposes of this claim limitation, the FS iControl necessarily actuates the master valves in the same way it actuates the frac valves. Specifically, for any of the valves being actuated using the FS Control Center (*e.g.*, frac valves, FS Valve, pump down valves, master valves, etc.), the FS iControl remotely actuates the valve, such as the master valves, by receiving and sending commands. These images show that all the valves in the FS iControl system cannot be actuated until, at least, a password is entered to override the lock out. These images also show that the lock out prevents valves from being actuated until certain requirements have been met. For example, the master valves cannot be actuated to open a flow path to the wellhead until the FS Valve is closed. These images are from Downing's YouTube video posted on Downing's website and show a frac valve actuation sequence using FS iControl as an example of the actuation sequence used to control the master valves. |

Continuous Pumping on Simulfrac
Enter Authentication Code
12HE
FSiC-009
GHyd PSI
VHyd PSI
HPU PSI
WIRELINE
Pump Down
Dual
FRAC
Zipper
Dual
Dual
Master
Isolation
FSEQ
Inner
Outer
Open
Close
PD PSI
FS PSI
Well PSI
Frac PSI
FS iControl
Execute Step
Load New
Frac Plan
Skip Step
CP Swap/Open Selection
Execute
CP Swap/Open
Clear Swap
Close
Zippers
Admin Password
Enter Password
Password
OK

WIRELINE
Pump Down
Dual
FRAC
Zipper
Dual
Dual
Master
Isolation
12HE
FSiC-009
GHyd PSI
VHyd PSI
Grease PSI
HPU PSI
Grease lbs
FSEQ
Frac Plan
Execute Step
Load New Frac Plan
Skip Step
CP Swap/Open Selection
Execute CP Swap/Open
Clear Swap
Close Zippers
PD PSI
FS PSI
Well PSI
Frac PSI
FS iControl
Are you sure you want to CP Swap to the 9HE, 12HE Wells?
OK
Cancel

Open Two Wells to Frac
WIRELINE
Pump Down
Dual
FRAC
Zipper
Dual
Dual
Master
Isolation
PD PSI
FS PSI
Well PSI
Frac PSI
FSiC-009
GHyd PSI
VHyd PSI
Grease PSI
HPU PSI
Grease lbs
FSEQ
Inner
Outer
Open
Close
FS iControl
Execute Step
Load New Frac Plan
Skip Step
CP Swap/Open Selection
Execute CP Swap/Open
Clear Swap
Close Zippers
Simultaneously open / close isolation valves
WIRELINE
Pump Down
Dual
FRAC
Zipper
Dual
Dual
Master
Isolation
PD PSI
FS PSI
Well PSI
Frac PSI
FSiC-009
GHyd PSI
VHyd PSI
Grease PSI
HPU PSI
Grease lbs
FSEQ
Inner
Outer
Open
Close
FS iControl
Execute Step
Load New Frac Plan
Skip Step
CP Swap/Open Selection
Execute CP Swap/Open
Clear Swap
Close Zippers

*See* https://www.youtube.com/watch?v=ne35_FzfTDA and https://downingusa.com/freedomseries/continuouspumping/.

To the extent that any claim limitation is found to be not present literally, the claim limitation is present under the doctrine of equivalents because the differences between the claimed invention and Downing's Accused Instrumentalities, if any, are insubstantial and the Accused Instrumentalities perform the same function in the same way to achieve the same result as the claim limitations.

| | | |
|---|---|---|
| | performing a handshake protocol to determine if the locked out wellhead control mechanism can be released and then actuated, | The FS Completion System's process includes performing a handshake protocol to determine if the locked out wellhead control mechanism can be released and then actuated.<br><br>Downing describes the interaction between a user and the FS iControl system that enables the FS iControl system to actuate the master valves as a "digital handshake."<br><br>• The image below is from Downing's Society of Petroleum Engineer's (SPE) Paper No. 213101-MS, Page 7 and explains that a "handshake" exists in order to use the FS iControl system to actuate the master valves.<br><br>**Digital handshake** – a unique authentication code, changing every 30 seconds, is tied to each person authorized to use the system. The digital handshake reduces the risk of NPT by ensuring the system is operated only by qualified personnel and provides traceability if issues occur.<br><br>*See* Society of Petroleum Engineers (SPE) Paper No. 213101-MS found at https://onepetro.org/SPEOKOG/proceedings-abstract/23OKOG/2-23OKOG/D021S004R002/518800?redirectedFrom=PDF.<br><br>• The following series of images show a digital handshake occurring via a password system to operate the FS iControl system. The digital handshake protocol is performed to determine if the locked out wellhead control mechanism can be released and then actuated, as shown in the FS iControl System. Once the digital handshake protocol has been accomplished, a wellhead control mechanism the user wants to actuate in the FS Completion System, *e.g.*, the master valves, is released and then actuated. These images are from Downing's YouTube video posted on Downing's website. |

<table>
<tr>
<td></td>
<td></td>
<td>

</td>
</tr>
</table>

WIRELINE
Pump Down
Dual
FRAC
Zipper
Dual
Dual
Master
Isolation
PD PSI
FS PSI
Well PSI
Frac PSI
12HE
FSiC-009
GHyd PSI
VHyd PSI
HPU PSI
FSEQ
Open
Close
FS iControl
Frac Plan
Execute Step
Load New
Frac Plan
Skip Step
CP Swap/Open Selection
Execute
CP Swap/Open
Clear Swap
Close
Zippers
Play (k)
Admin Password
Enter Password
Password

*See* https://www.youtube.com/watch?v=ne35_FzfTDA and
https://downingusa.com/freedomseries/continuouspumping/.

To the extent that any claim limitation is found to be not present literally, the claim limitation is present under the doctrine of equivalents because the differences between the claimed invention and Downing's Accused Instrumentalities, if any, are insubstantial and the Accused Instrumentalities perform the same function in the same way to achieve the same result as the claim limitations.

| | | |
|---|---|---|
| | wherein the handshake protocol comprises an initiator signal sent by a first user to a controller circuit and the controller circuit sends a confirmatory signal to the first user when the wellhead control mechanism can be unlocked safely. | The FS Completion System's handshake protocol includes an initiator signal sent by a first user to a controller circuit and the controller circuit sends a confirmatory signal to the first user when the wellhead control mechanism can be unlocked safely.<br><br>The FS iControl and the FS Control Center are controller circuits:<br><br>• The following image shows the FS iControl controller circuit operating the valves in the FS Completion System, including the master valves, using the FS Completion System's handshake protocol. This image is from Downing's YouTube video posted on Downing's website.<br><br><br><br><br>*See* https://www.youtube.com/watch?v=ne35_FzfTDA and https://downingusa.com/freedomseries/continuouspumping/.<br><br>The FS Completion System's handshake protocol includes a user entering a password into the FS iControl which is the user sending an initiator signal to the controller circuit. The FS Completion System's handshake protocol also includes the FS iControl asking if the user is |

| | | |
|---|---|---|
| | | sure they want to swap wells is the confirmatory signal from the controller circuit to the user when the wellhead control mechanism can be unlocked safely.<br><br>• The following images show the user entering a password into the FS iControl system. These images are from Downing's YouTube video posted on Downing's website.<br><br>Abort All<br>Abort Grease<br>Abort Hydraulics<br>Locked<br>Unlocked<br>Ball Drop<br>WIRELINE<br>Pump Down<br>Dual<br>FRAC<br>Zipper<br>Dual<br>Dual<br>Master<br>Isolation<br>PD PSI<br>FS PSI<br>Well PSI<br>Frac PSI<br>Play (k)<br>12HE<br>FSiC-009<br>GHyd PSI<br>VHyd PSI<br>HPU PSI<br>FSEQ<br>Inner<br>Outer<br>Open<br>Close<br>FS iControl<br>Admin Mode<br>Frac Plan<br>Execute Step<br>Load New Frac Plan<br>Skip Step<br>CP Swap/Open Selection<br>Execute CP Swap/Open<br>Clear Swap<br>Close Zippers<br>Admin Password<br>Enter Password<br>Password<br>OK<br><br>Admin Password<br>Enter Password<br>Password<br>OK |

*See* https://www.youtube.com/watch?v=ne35_FzfTDA and
https://downingusa.com/freedomseries/continuouspumping/.

- The following images show the FS iControl system asking the user if the user is sure they want to swap wells.  These images are from Downing's YouTube video posted on Downing's website.





*See* https://www.youtube.com/watch?v=ne35_FzfTDA and
https://downingusa.com/freedomseries/continuouspumping/.

| | | |
|---|---|---|
| | | To the extent that any claim limitation is found to be not present literally, the claim limitation is present under the doctrine of equivalents because the differences between the claimed invention and Downing's Accused Instrumentalities, if any, are insubstantial and the Accused Instrumentalities perform the same function in the same way to achieve the same result as the claim limitations. |